| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>474-2020-00897 |
|---|---|---|

Kentucky Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Kara Petterson | Home Phone (Incl. Area Code)<br>(270) 559-0854 | Date of Birth |
|---|---|---|
| Street Address<br>5965 Clinton Road | City, State and Zip Code<br>Paducah, KY 42001 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME.

| Name<br>Easter Seals West Kentucky, Inc. | Number of Employees, Members<br>15+ | Telephone (Include Area Code)<br>(270) 444-9687 |
|---|---|---|
| Street Address<br>801 North 29th Street | City, State and Zip Code<br>Paducah, KY 42001 | County<br>McCracken |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ Race  ☐ Color  ☒ Sex  ☐ Religion  ☐ National Origin
☒ Retaliation  ☐ Age  ☐ Disability  ☐ Other (Specify):

Date Discrimination took place
EARLIEST  1/14/19    LATEST  Present
☒ Continuing Action

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I began working for Easter Seals West Kentucky on January 14, 2019. I have always dressed appropriately in accordance with the dress code but people have made comments about my body throughout my employment. This escalated after my boyfriend, who was the son of the CEO, and I broke up. After that, my direct supervisor often called me to her office and said she saw nothing wrong with my outfit and I was dressed appropriately per the dress code "but your body makes a few people uncomfortable." My supervisor told me many times that she had gotten statements about my body and, on every occasion, she said I was dressed appropriately. I sometimes went to the vice president with my supervisor and I went to the CEO a couple of times, saying that I was uncomfortable with the continuing comments about my body.

After I complained about the situation, I was punished for the color of my hair. I had it colored to the same color it had been a year earlier. It had not been a problem earlier but, this time, on March 11, 2020, I was told that I had to have it re-colored because the "pink undertones" were unacceptable. Another coworker recently colored her hair pink, however, and has not been required to change it.

The next day, on March 12, 2020, I was called to HR and told that a sexual harassment complaint had been filed against me by a man from a different department whom they would not identify to me. I do not interact with other departments or share lunch or break times with other departments but HR said the man was sexually aroused by looking at my body. HR admitted that I did nothing to harass this man and that he was looking at me but I was written up because my body supposedly excites the anonymous man. I was wearing an outfit that fully covered my body while I met with HR but the HR person said it was "sexually attractive" and, because of that, ordered all managers to evaluate the appropriateness of my clothing every day. Since then, various male managers blatantly look at my body throughout the day.

I believe I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act.

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 5/29/2020       *[signature]* Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>*[signature]*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |

Equal Employment Opportunity Commission
Louisville Area Office
Received 6/5/2020

Ex. A

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>474-2020-00897 |
|---|---|---|

Kentucky Human Rights Commission          and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Kara Petterson | Home Phone (Incl. Area Code)<br>(270) 559-0854 | Date of Birth |
|---|---|---|
| Street Address<br>5965 Clinton Road | City, State and Zip Code<br>Paducah, KY  42001 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME.

| Name<br>Easter Seals West Kentucky, Inc. | Number of Employees, Members<br>15+ | Telephone (Include Area Code)<br>(270) 444-9687 |
|---|---|---|
| Street Address<br>801 North 29th Street | City, State and Zip Code<br>Paducah, KY  42001 | County<br>McCracken |

CAUSE OF DISCRIMINATION BASED ON (*Check appropriate box(es)*)
☐ Race  ☐ Color  ☒ Sex  ☐ Religion  ☐ National Origin
☒ Retaliation  ☐ Age  ☐ Disability  ☐ Other (Specify):

Date Discrimination took place
EARLIEST: 1/14/19   LATEST: Present
☒ Continuing Action

THE PARTICULARS ARE (*If additional space is needed, attach extra sheet(s)*):

<u>Supplemental Charge</u>

I previously filed a Charge of Discrimination regarding the sex discrimination I have endured while working for Easter Seals West Kentucky, Inc. While we were working remotely due to the COVID-19 pandemic, the discrimination continued to be obvious as another employee frequently appeared on our video conferences with brightly colored hair without anything said to her, despite me being punished for coloring my hair on a previous occasion. That employee continued to color her hair unnatural colors after we returned to working in the office but still without consequences to her.

Also, after we returned to working in the office, the issues with people staring at my body resumed but I was even more ostracized than before due to the company learning of my EEOC Charge. Due to the distress of the situation, I had to resign for my mental health purposes. I provided a two-week notice and intended to work for those two weeks. Just after I gave my notice, however, I learned that I been potentially exposed to COVID-19 and needed to be tested. The company ordered me to come to work, however, saying I would be quarantined from other employees. Yet, when I reported to work, they only made me clean their break room and then told me to pack my office and leave. They said I would not be paid for the remainder of my two-week-notice period, even though I was still an employee who should have been eligible for compensation under the Employee Paid Sick Leave Act. The company has allowed other employees to work out their notice periods.

I believe I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act.

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

09/01/2020
Date          Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

**Ex. A**