

# Case Assignment
## Standard Civil Assignment

Case number 5:21CV-32-TBR

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 2/23/2021 11:48:08 AM
Transaction ID: 51098

Request New Judge    Return