Civil Action No. 5:21-cv-32-TBR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Easter Seals West Kentucky, Inc.

was received by me on *(date)*    02/23/2021    .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    James R. Coltharp, Jr.    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Easter Seals West Kentucky,

Inc.      on *(date)*    03/01/2021    ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/01/2021              s/ D. Wes Sullenger
_____
*Server's signature*

D. Wes Sullenger, Attorney for Plaintiff
_____
*Printed name and title*

Sullenger Law Office, PLLC
629 Washington Street
Paducah, KY 42003
_____
*Server's address*

Additional information regarding attempted service, etc:
Hand delivery to Mr. Coltharp's office at Whitlow, Roberts, Houston & Straub. Left with receptionist at the front desk.