UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO: 5:21-cv-32-TBR

KARA PETTERSON                                                                                    PLAINTIFF

v.

EASTER SEALS WEST KENTUCKY, INC.                                           DEFENDANTS

### NOTICE OF ENTRY OF APPEARANCE
*(Electronically Filed)*

James R. Coltharp, Jr., Esq., of the law firm of Whitlow, Roberts, Houston & Straub, PLLC, 300 Broadway, P.O. Box 995, Paducah, KY 42002-0995, hereby enters his appearance as counsel of record for Defendant, Easter Seals West Kentucky, Inc.  It is requested that all further correspondence and pleadings to Defendant be submitted and served on James R. Coltharp, Jr., Esq., Whitlow, Roberts, Houston & Straub, PLLC, 300 Broadway, P.O. Box 995, Paducah, KY 42002-0995.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorney for Easter Seals Western Kentucky, Inc.*


By: /s/ James R. Coltharp, Jr.
James R. Coltharp, Jr.
P.O. Box 995
Paducah, KY 42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 442-1712
jcoltharp@whitlow-law.com

2

CERTIFICATE OF SERVICE

I hereby certify that this 5th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

D. Wes Sullenger, Esq., Sullenger Law Office, 629 Washington Street, Paducah, KY 42003, wes@sullengerfirm.com, *Attorney for Plaintiff*.

/s/ James R. Coltharp, Jr.
James R. Coltharp, Jr.