UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO: 5:21-cv-32-TBR

KARA PETTERSON                                                                                  PLAINTIFF

v.

EASTER SEALS WEST KENTUCKY, INC.                                               DEFENDANTS

### NOTICE OF ENTRY OF APPEARANCE
*(Electronically Filed)*

Matthew S. Eddy of the law firm of Whitlow, Roberts, Houston & Straub, PLLC, 300 Broadway, P.O. Box 995, Paducah, KY 42002-0995, hereby enters his appearance as co-counsel of record for Defendant, Easter Seals West Kentucky, Inc.  It is requested that all further correspondence and pleadings to Defendant also be submitted and served on Matthew S. Eddy, Esq., Whitlow, Roberts, Houston & Straub, PLLC, 300 Broadway, P.O. Box 995, Paducah, KY 42002-0995.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorney for Easter Seals Western Kentucky, Inc.*


By: /s/ Matthew S. Eddy
     James R. Coltharp, Jr.
     Matthew S. Eddy
     P.O. Box 995
     Paducah, KY 42002-0995
     Telephone: (270) 443-4516
     Facsimile: (270) 442-1712
     jcoltharp@whitlow-law.com
     meddy@whitlow-law.com

1

CERTIFICATE OF SERVICE

I hereby certify that this 5th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

D. Wes Sullenger, Esq., Sullenger Law Office, 629 Washington Street, Paducah, KY 42003, wes@sullengerfirm.com, *Attorney for Plaintiff*.

/s/ Matthew S. Eddy
Matthew S. Eddy