## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **KARA PETTERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No.: 5:21-cv-32-TBR** |
| v. | ) |
| | ) **JURY DEMAND** |
| **EASTER SEALS WEST KENTUCKY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT PROPOSED SCHEDULING PLAN

NOW COME the Plaintiff, Kara Petterson, and the Defendant, Easter Seals West Kentucky, Inc., by and through their undersigned counsel, and file their Joint Proposed Scheduling Plan pursuant to Fed. R. Civ. P. 26(f). The parties propose the deadlines for this litigation as follows:

**(A)   For Initial Disclosures:**

The parties agree to make their Fed. R. Civ. P. 26(a) disclosures on or before **May 10, 2021**.

**(B)   To Join Other Parties and Amend Pleadings:**

The parties propose **June 10, 2021** as the deadline to join additional parties and to amend the pleadings.

**(C)   To Complete Discovery:**

The parties propose **June 30, 2022** as the deadline for completing fact discovery. The parties propose **August 30, 2022** as the deadline for completing all discovery, including expert discovery.

**(D)     To Designate Expert Witnesses and Make Expert Disclosures:**

The parties propose **October 30, 2021** as the deadline for Plaintiff to designate her expert witnesses and make all required expert disclosures. The parties propose **December 30, 2021** as the deadline for Defendant to designate its expert witnesses and make all required expert disclosures.

**(E)     To File Motions, Including Summary Judgment and Other Dispositive Motions:**

The parties propose **October 30, 2022** as the deadline for filing motions, including motions for summary judgment and motions relating to expert testimony.

**(F)     Requested Trial Date, Estimated Length of Trial, and Whether Jury Has Been Demanded:**

The parties request an **January or February 2023** trial date for this matter. The parties anticipate the trial of this matter will take two to three days. The parties have requested a jury.

Respectfully submitted,

| _s/ D. Wes Sullenger_____<br>D. Wes Sullenger, Esq.<br>Sullenger Law Office, PLLC<br>629 Washington Street<br>Paducah, KY 42003<br><br>*Attorney for the Plaintiff,*<br>*Kara Petterson* | _s/ James Coltharp, Jr. *w/ perm. DWS*__<br>James Coltharp, Jr., Esq.<br>Matthew S. Eddy, Esq.<br>P.O. Box 995<br>Paducah, KY  42002-0995<br><br>*Attorney for the Defendant,*<br>*Easter Seals West Kentucky, Inc.* |

        Respectfully Submitted,

        _s/ D. Wes Sullenger_____
        D. Wes Sullenger, KY BAR # 91861
                TN BPR # 021714
                IL ARDC # 6322019

        Sullenger Law Office, PLLC
        629 Washington Street
        Paducah, KY  42003
        Voice: (270) 443-9401

        wes@sullengerfirm.com

        *Attorney for the Plaintiff,*
        *Kara Petterson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of April, 2021, a copy of the foregoing was filed, via the Court's CM/ECF system, which will serve a Notice of Filing on:

        James Coltharp, Jr., Esq.
        Matthew S. Eddy, Esq.
        P.O. Box 995
        Paducah, KY  42002-0995

        s/ D. Wes Sullenger
        D. Wes Sullenger