UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO: 5:21-cv-32-TBR

KARA PETTERSON                                                                                                                             PLAINTIFF

v.

EASTER SEALS WEST KENTUCKY, INC.                                                           DEFENDANT

## AGREED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the Plaintiff, Kara Petterson, and the Defendant, Easter Seals West Kentucky, Inc., hereby agree and stipulate, through their respective counsel, to the entry of this Agreed Protective Order ("APO") protecting the identity of the nonparty witness who filed a sexual harassment complaint against Plaintiff.

1. The identity of the nonparty who filed the sexual harassment complaint against Kara Patterson (hereinafter "Witness A") shall not be placed into the public record in this case absent further ruling of this Court.

2. Defendant's counsel shall reveal the identity of Witness A to Plaintiff's counsel, but neither counsel may reveal that identity to anyone else, except as permitted by this APO. Counsel shall further take reasonable steps to safeguard documents containing identifying information concerning Witness A and ensure that the identity of Witness A remains protected from disclosure except as authorized under the terms of this APO.

3. The identity of Witness A shall not be disclosed to any person unless: (1) counsel first provides such person a copy of this APO; (2) counsel first informs such person that the identity of Witness A is confidential, is to be held in confidence, is to be used solely for the purposes of

preparing and defending this litigation, and is required to be kept confidential by court order; and (3) that person agrees, in writing, to abide by the terms of this APO.

4.      Counsel shall redact identifying information concerning Witness A from any document to be filed with the Court or to be shared with any persons who have not agreed, in writing, to abide by the terms of this APO.

5.      At the conclusion of this lawsuit, including any appeals related to it, the Plaintiff shall ensure that all documents subject to this APO are destroyed within thirty (30) days of the conclusion of the lawsuit.  Counsel for the Plaintiff shall certify that they have complied with the provisions of this APO upon request of the Defendant.

6.      Counsel for the Plaintiff shall be entitled, following the conclusion of this lawsuit, to retain without destroying any work product containing identifying information concerning Witness A, including any notes, compilations, extracts or abstracts; however, the terms of this APO shall apply to any such retained materials for as long as such materials are retained, notwithstanding the conclusion of this lawsuit.

7.      This APO may be modified by further order of the Court.  Nothing in this APO shall be deemed to preclude any party from seeking a modification of the APO.

Dated: _____          _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        Western District of Kentucky

*HAVE SEEN AND AGREED:*

| | |
|---|---|
| /s/ D. Wes Sullenger (jrc w/ permission) | /s/ James R. Coltharp, Jr. |
| D. Wes Sullenger, Esq. | James R. Coltharp, Jr., Esq. |
| Sullenger Law Office | Matthew S. Eddy, Esq. |
| 629 Washington Street | Whitlow, Roberts, Houston, & Straub, PLLC |
| Paducah, KY 42003 | P.O. Box 995 |
| wes@sullengerfirm.com | Paducah, KY 42002-0995 |
| *Attorney for Plaintiff* | Telephone: (270) 443-4516 |
| | Facsimile: (270) 442-1712 |
| | jcoltharp@whitlow-law.com |
| | meddy@whitlow-law.com |
| | *Attorneys for Defendant* |