**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:21-CV-32-TBR**

KARA PETTERSON                                                                  PLAINTIFF

V.

CHRISTIAN COUNTY, KENTUCKY, *et al.*                      DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

All deadlines, telephonic conferences, and the jury trial are vacated/cancelled.

*[Signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc: Counsel

November 8, 2021